```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17869
   RICHARD G FIFER
   SHERI A FIFER                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-3548      SSN XXX-XX-5889

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/28/07 and confirmed on 12/27/07.

   2.  The case was converted to Chapter 7 after confirmation, 09/26/2008.

   3.  The Debtor paid a total of $   3555.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED VEHIC | .00 | .00 | .00 |
| NAVY FEDERAL CREDIT UNIO | SECURED | .00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 982.31 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 577.50 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2810.17 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 471.85 | .00 | .00 |
| CHARMING SHOPPES/CATHERI | UNSECURED | 273.41 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 901.19 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 250.48 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 416.88 | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4746.94 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4554.28 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2889.79 | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | 685.00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 685.00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3070.15 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 364.07 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 424.20 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1052.04 | .00 | .00 |
| NAVY FEDERAL CU | UNSECURED | 7448.64 | .00 | .00 |

```
ECAST SETTLEMENT CORPORA  UNSECURED       572.90           .00           .00
TARGET NATIONAL BANK      UNSECURED       918.18           .00           .00
TARGET NATIONAL BANK      UNSECURED       676.06           .00           .00
ILLINOIS DEPT REVENUE     PRIORITY        158.20           .00         85.22
ILLINOIS DEPT REVENUE     UNSECURED        82.72           .00           .00
ANES CONS OF MORRIS       UNSECURED     NOT FILED          .00           .00
PATEL MD                  UNSECURED     NOT FILED          .00           .00
CHICAGO DEPARTMENT OF RE  UNSECURED     NOT FILED          .00           .00
EPIC GROUP                UNSECURED     NOT FILED          .00           .00
HOME DEPOT CREDIT SERVIC  UNSECURED     NOT FILED          .00           .00
IL BONG KIM MD FACS       UNSECURED     NOT FILED          .00           .00
JUNIPER BANK              UNSECURED     NOT FILED          .00           .00
MORRIS HOSPITAL           UNSECURED     NOT FILED          .00           .00
PRO POWER                 UNSECURED     NOT FILED          .00           .00
REZIN CENTER FOR ORTHOPE  UNSECURED     NOT FILED          .00           .00
VITAL CARE                UNSECURED     NOT FILED          .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED       381.56           .00           .00
ECAST SETTLEMENT CORP     UNSECURED      1634.95           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED      1235.27           .00           .00
WALMART                   UNSECURED       118.31           .00           .00
CHARMING SHOPPES/FASHION  UNSECURED       244.50           .00           .00
ROUNDUP FUNDING LLC       UNSECURED      1229.83           .00           .00
      Summary of disbursements:
------------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00       158.20     39698.18        .00     39856.38
PRINCIPAL PAID            .00        85.22          .00        .00        85.22
INTEREST PAID             .00          .00          .00        .00          .00
TOTAL PAID                .00        85.22          .00        .00        85.22
```

The Debtor's attorney, JOHN C DENT                , was allowed $   3500.00
and was paid $    221.00  direct and $   3279.00  through the plan.

The Trustee received $     190.78 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/22/09                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 07 B 17869 RICHARD G FIFER & SHERI A FIFER